## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HDI GLOBAL SPECIALTY SE, | ) |
| Plaintiff, | ) ) ) ) Case No. 3:22-cv-02338-JPG |
| v. | ) ) ) Judge J. Phil Gilbert |
| STERETT CRANE AND RIGGING, LLC; and DERIAN BOYCE, | ) ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between all parties who have appeared in the captioned lawsuit, acting through their respective undersigned counsel, that all claims and counterclaims in the lawsuit shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: July 7, 2023                                         Respectfully submitted,

/s/ Jordon S. Steinway
Jordon S. Steinway
Benjamin A. Beaird
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3169
jsteinway@batescarey.com
bbeaird@batesarey.com

*Counsel for HDI Global Specialty SE*

/s/ John C. Steffens (w/ consent)
John C. Steffens
John W. Grimm
THE LIMBAUGH FIRM
407 N. Kingshighway, P.O. Box 1150
Cape Girardeau, MO 63702-1150

Telephone: (573) 335-3316
jsteffens@limbaughlaw.com
jgrimm@limbaughlaw.com

*Counsel for Sterett Crane and Rigging, LLC*

/s/ Michael L. McGlynn (w/ consent)
Michael L. McGlynn
McGlynn & McGlynn
116 South Charles Street
Belleville, IL 62220
Telephone: (618) 234-8800
ccates@mcglynnandmcglynn.com

*Counsel for Derian Boyce*