UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HDI GLOBAL SPECIALTY SE,

    Plaintiff,

  v.

STERETT CRANE AND RIGGING, LLC and
DERIAN BOYCE,

    Defendants.

Case No. 22-cv-2338-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                                      **MONICA A. STUMP, Clerk of Court**

**Dated:  July 10, 2023**                **s/ Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**